944

No. 80-301. Wayne Haven Nursing Home et al. v. Finley, State Commissioner of Health, et al. Appeal from Sup. Ct. N. J. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80-313. Sutton v. Joint Bar Association Grievance Committee for the Second and Eleventh Judicial Districts. Appeal from App. Div., Sup. Ct. N. Y., 2d Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80-5061. O'Connor et ux. v. Palludan Corp. Appeal from Sup. Ct. Nev. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80-5308. Becker v. Evans. Appeal from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80-322. Korn v. Ohio. Appeal from Ct. App. Ohio, Marion County, dismissed for want of substantial federal question.

No. 80-377. Vogel v. Robinson et al. Appeal from App. Ct. Ill., 3d Dist., dismissed for want of substantial federal question.

No. 80-5361. Goudie v. Hackman et al. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.